**DISMISS; and Opinion Filed July 5, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00417-CV

**NANCY SMITH, Appellant**
**V.**
**MOLLIE KUHN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01905-C**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Lang

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated April 16, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 16, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 15, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned

appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

180417F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

NANCY SMITH, Appellant

No. 05-18-00417-CV        V.

MOLLIE KUHN, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-17-01905-C.
Opinion delivered by Justice Lang. Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MOLLIE KUHN recover her costs of this appeal from appellant NANCY SMITH.


Judgment entered this 5th day of July, 2018.